UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDNA IGARTUA,   **ORDER AND CIVIL JUDGMENT**
   10-CV-939 (ENV)

Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT,

Defendant.
-----------------------------------------------------------x
VITALIANO, United States District Judge:

Plaintiff Edna Igartua filed this *pro se* action on February 25, 2010. By Order dated March 10, 2010, plaintiff was directed to file an amended complaint within thirty (30) days of the entry of the Order to comply with Rule 8(a) of the Federal Rules of Civil Procedure. Plaintiff has failed to respond to the Court's March 10, 2010 Order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order and Judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 920-21 (1962).

SO ORDERED.

/S/
_____
ERIC N. VITALIANO
United States District Judge

Dated: Brooklyn, New York
       May 3, 2010